

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

main:  (973) 645-2700
direct: (973) 645-2813
fax:   (973) 297-2010

May 26, 2026

<u>BY ECF</u>
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:   *Salazar Blanco v. Blanche, et al.*, No. 26-3596 (MCA)
>        Status Update: Petitioner's Release

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write pursuant to the Court's text order entered earlier today, ordering Petitioner's immediate release within 24 hours unless Respondents file a letter distinguishing this matter from the Court's prior decisions interpreting 8 U.S.C. §§ 1225(b)(1) and 1225(b)(2). *See* ECF No. 6. U.S. Immigration and Customs Enforcement has informed this Office that Petitioner was released at approximately 2:40 p.m. today, under the same conditions that existed at the time Petitioner was arrested and with all property. As a result, Respondents respectfully request that the Court close this case. We thank the Court for its consideration of this matter.

> Respectfully submitted,
>
> ROBERT FRAZER
> United States Attorney
>
> By:   *s/ David Inkeles*
>        DAVID INKELES
>        Assistant United States Attorney
>        Acting Deputy Chief, Civil Division
>        *Attorneys for Respondents*

cc:   Counsel of Record (by ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   5/27/26